IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEWIS BOGGS,                          :
                Petitioner,           :
           v.                         : Case No. 3:14-cv-34-KRG-KAP
GERALD ROZUM, SUPERINTENDENT,         :
S.C.I. SOMERSET,                      :
                Respondent            :

## Memorandum Order

Petitioner's petition for a writ of habeas corpus was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on January 5, 2017, ECF no. 21, recommending that the petition be denied. The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. After an extension of time, petitioner filed timely objections, ECF no. 24.

After *de novo* review of the record of this matter together with the Report and Recommendation and the timely objections thereto, the following order is entered:

AND NOW, this 29th day of March, 2017, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. A certificate of appealability should not be issued unless the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C.§ 2253(c)(2). A certificate of appealability is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Lewis Boggs JY-1181
S.C.I. Mahanoy
301 Morea Road
Frackville, PA 17932